# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 1, 2023

Lyle W. Cayce
Clerk

No. 22-50636
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Oscar Ivan Melendez-Romero,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-605-1

_____

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Oscar Ivan Melendez-Romero in his appeal of his revocation of supervised release and resulting nine-month sentence has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50636

*United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Melendez-Romero has not filed a response.

During the pendency of this appeal, Melendez-Romero completed the sentence imposed upon revocation of supervised release and was released from custody.  Because no additional term of supervised release was imposed, the instant appeal is moot.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).  Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.